UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-14018-CR-MARTINEZ

UNITED STATES OF AMERICA

    Plaintiff,

vs.

DUDLEY JULIO DAWKINS,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge William Matthewman on June 13, 2017. A Report and Recommendation was filed on June 20, 2017, [ECF No. 26], recommending that the Defendant's plea of guilty be accepted. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 26], of United States Magistrate Judge William Matthewman, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty to the single Count of the Indictment, which charges the Defendant with being a previously removed alien being found in the United States in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

**DONE AND ORDERED** in Chambers at Miami, Florida, this __10__ day of July, 2017.

                                                            JOSE E. MARTINEZ
                                                            UNITED STATES DISTRICT JUDGE

Copied:
Magistrate Judge Matthewman
All Counsel Of Record